UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )    4:12CR00162-1 |
| | )<br>) |
| CHRISTOPHER D. PIERCE | ) |

## ORDER

The defendant, Christopher D. Pierce, has filed a motion for early termination of supervised release. In support of his motion, the defendant indicates he has complied with his conditions of supervision by maintaining employment and having no recent contact with law enforcement.

The Court commends the defendant for his compliance with the conditions of supervision through the first twenty-six (26) months of the supervised release term. While the defendant's compliance is noteworthy, the Court must carefully weigh favorable adjustment to supervision against the offense of conviction and other factors. Based on the nature of the instant offense and the extent of the defendant's criminal history, the Court finds that continued supervision of this defendant remains necessary at this time.

The defendant's motion for early termination of supervised release is **DENIED**.

**SO ORDERED** this 14-th day of February, 2020.

_____
William T. Moore, Jr.
Judge, U.S. District Court